**SEALED** FILED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS 2015 APR 15  AM 11: 59
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN P. HERRERA, (1)<br>and<br>CARLOS M. BACA, (2)<br><br>Defendants. | § Case No.<br>§ **SA15CR0270 FB**<br>§ **INDICTMENT**<br>§<br>§ COUNT ONE: 18 U.S.C. § 371, Conspiracy;<br>§ COUNTS TWO–TWENTY-NINE: 26<br>§ U.S.C. §7206(2), Aiding and Abetting the<br>§ Preparation and Presentation of a False and<br>§ Fraudulent Tax Return |

THE GRAND JURY CHARGES:

COUNT ONE<br>[18 U.S.C. § 371]

At all times material to the Indictment:

**PARTIES, PERSONS, AND ENTITIES**

1.  The Internal Revenue Service of the Department of the Treasury ("IRS") was an agency of the United States government responsible for the collection of federal income taxes.

2.  Every year, individual taxpayers were required to file an Individual Income Tax Return that reported their income, credits, deductions, and other matters to show any tax due the government or a refund if the tax was overpaid.

3.  IRS permitted taxpayers to file their Individual Income Tax Return, Form 1040 or 1040A, electronically, through a return preparer authorized to transmit the tax return information by electronic transmission to an approved IRS Service Center.

4.  The IRS further permitted tax return preparers to assist taxpayers in the preparation of their tax returns, including by placing a taxpayer's information on an Individual

Income Tax Declaration for Electronic Filing, Form 8453, which would be signed by the taxpayer under penalty of perjury and sent to the IRS.

5. Defendant JOHN P. HERRERA was a resident of San Antonio, Texas. HERRERA did business as Community Tax Pro (CTP), providing income tax return preparation services in San Antonio, Texas. HERRERA became an authorized IRS e-file provider and received an Electronic Filing Identification Number (EFIN) on or about January of 2007.

6. Defendant CARLOS M BACA was a resident of San Antonio, Texas. HERRERA hired BACA as a tax return preparer at CTP on or about January of 2012. BACA became an authorized IRS e-file provider and was issued an EFIN on or about October of 2012.

7. F.V.M. was a resident of San Antonio, Texas. HERRERA hired F.V.M. as a receptionist at CTP in February of 2012. F.V.M. began preparing income tax returns at CTP on or about January of 2013.

## THE CONSPIRACY

8. From on or about January 1, 2010, to on or about March 26, 2013, in the Western District of Texas, the Defendants,

> JOHN P. HERRERA, (1)
> CARLOS M. BACA, (2)

did unlawfully, voluntarily, intentionally, and knowingly conspire, combine, confederate, and agree together and with each other, and with other individuals known and unknown to the Grand Jury, to defraud the United States for the purpose of impeding, impairing, obstructing, and defeating the lawful government functions of the IRS in the ascertainment, computation, assessment, and collection of revenue: that is, CTP clients' income taxes.

## MANNER AND MEANS

The manner and means by which the conspiracy was sought to be accomplished included, among others, the following:

9. HERRERA and BACA led clients of CTP to believe that HERRERA and BACA were knowledgeable and experienced tax return preparers who could maximize their clients' tax refunds.

10. HERRERA and BACA benefitted from repeat client business and CTP's reputation for securing large tax refunds for CTP's clients.

11. HERRERA and BACA prepared and filed income tax returns that claimed education credits for CTP clients who, as HERRERA and BACA then and there knew, were not entitled to claim such education tax credits. The false education credits reduced the tax due for such CTP clients, thereby increasing the refund paid to those clients.

12. HERRERA and BACA also prepared and filed income tax returns for CTP clients that included false material line items on Schedules A, Itemized Deductions, Schedules C, Profit and Loss from Business, Schedules E, Supplemental Income and Loss, and Forms 5695, Residential Energy Credits, that HERRERA and BACA then and there knew were false, including false claims for medical and dental expenses, employment mileage driven, charitable deductions, business profit and expenses, rental home profit and expenses, energy improvements to residence, and other matters. The false items reduced the taxable income and/or tax due for such CTP clients, thereby increasing the refund paid to those clients.

13. HERRERA used his EFIN to prepare and file income tax returns for CTP clients for tax years 2009, 2010, and 2011.

14. On or about April 30, 2012, IRS suspended HERRERA's EFIN. HERRERA,

BACA, and F.V.M. used BACA's EFIN to prepare and file income tax returns for CTP clients for tax year 2012.

## OVERT ACTS

In furtherance of the conspiracy, and to affect the objects thereof, the following overt acts were committed in the Western District of Texas, and elsewhere:

15.     HERRERA prepared and filed the following income tax returns containing false material statements:

   a.     Income tax return filed on or about January 27, 2010, on behalf of taxpayer P.A. for tax year 2009;

   b.     Income tax return filed on or about March 18, 2010, on behalf of taxpayers A.B. and T.B. for tax year 2009;

   c.     Income tax return filed on or about February 7, 2011, on behalf of taxpayers A.B. and T.B. for tax year 2010;

   d.     Income tax return filed on or about January 31, 2012, on behalf of taxpayers A.B. and T.B. for tax year 2011;

   e.     Income tax return filed on or about February 13, 2010, on behalf of taxpayer A.G. for tax year 2009;

   f.     Income tax return filed on or about February 12, 2011, on behalf of taxpayer A.G. for tax year 2010;

   g.     Income tax return filed on or about January 14, 2012, on behalf of taxpayer A.G. for tax year 2011;

   h.     Income tax return filed on or about March 22, 2011, on behalf of taxpayers M.G. and M.G. for tax year 2010;

    i.  Income tax return filed on or about February 16, 2012, on behalf of taxpayers M.G. and M.G. for tax year 2011;

    j.  Income tax return filed on or about March 2, 2010, on behalf of taxpayers J.M. and M.M. for tax year 2009;

    k.  Income tax return filed on or about February 2, 2011, on behalf of taxpayers J.M. and M.M. for tax year 2010;

    l.  Income tax return filed on or about January 31, 2012, on behalf of taxpayers J.M. and M.M. for tax year 2011;

    m.  Income tax return filed on or about February 27, 2010, on behalf of taxpayer R.M. for tax year 2009;

    n.  Income tax return filed on or about February 15, 2011, on behalf of taxpayer R.M. for tax year 2010;

    o.  Income tax return filed on or about February 8, 2010, on behalf of taxpayer D.M. for tax year 2009;

    p.  Income tax return filed on or about January 21, 2011, on behalf of taxpayer D.M. for tax year 2010;

    q.  Income tax return filed on or about March 25, 2010, on behalf of taxpayer E.S. for tax year 2009;

    r.  Income tax return filed on or about January 31, 2011, on behalf of taxpayer E.S. for tax year 2010;

    s.  Income tax return filed on or about January 30, 2012, on behalf of taxpayer E.S. for tax year 2011;

    t.  Income tax return filed on or about March 18, 2010, on behalf of

taxpayers D.T. and N.T. for tax year 2009;

u. Income tax return filed on or about February 13, 2010, on behalf of taxpayers J.W. and A.W. for tax year 2009;

v. Income tax return filed on or about February 19, 2011, on behalf of taxpayers J.W. and A.W. for tax year 2010;

w. Income tax return filed on or about February 11, 2012, on behalf of taxpayers J.W. and A.W. for tax year 2011.

x. Income tax return filed on or about February 15, 2013, on behalf of taxpayers J.W. and A.W. for tax year 2012;

16. BACA prepared and filed the following income tax returns containing false material statements:

a. Income tax return filed on or about February 14, 2013, on behalf of taxpayer P.A. for tax year 2012.

b. Income tax return filed on or about March 26, 2012, on behalf of taxpayer R.M. for tax year 2011.

c. Income tax return filed on or about February 15, 2013, on behalf of taxpayer R.M. for tax year 2012.

d. Income tax return filed on or about February 22, 2012, on behalf of taxpayers D.T. and N.T. for tax year 2011.

17. F.V.M., acting at the direction of HERRERA, prepared and filed the following income tax returns containing false material statements:

a. Income tax return filed on or about February 14, 2013, on behalf of taxpayer A.G. for tax year 2012.

b.  Income tax return filed on or about February 14, 2013, on behalf of taxpayer E.S. for tax year 2012.

c.  Income tax return filed on or about February 18, 2013, on behalf of taxpayers D.T. and N.T. for tax year 2012.

All in violation of Title 18, United States Code, Section 371.

## COUNTS TWO THROUGH TWENTY-FIVE
[26 U.S.C. § 7206(2)]

18. The allegations contained in Count One are re-alleged and incorporated in their entirety as if fully set out herein.

19. On or about the date listed below, for each count listed below, in the Western District of Texas, the Defendant,

### JOHN P. HERRERA, (1)

a resident of San Antonio, Texas, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a U.S. Individual Income Tax Return, Form 1040, for the taxpayers and calendar years set forth below, which returns were false and fraudulent as to material matters, in that they represented that the taxpayers were entitled, under the provisions of the Internal Revenue laws to claim credits for items and in amounts specified below, whereas, as the Defendant then and there knew, the taxpayers were not entitled to claim credits in the claimed amounts:

| Count | Date | Taxpayer | Year | Falsely claimed items | Amounts |
|---|---|---|---|---|---|
| 2 | January 27, 2010 | P.A. | 2009 | Education credits, line 31<br>Refundable education credit, line 43 | $1,500<br>$1,000 |
| 3 | March 18, 2010 | A.B., T.B. | 2009 | Education credits, line 49<br>Refundable education credit, line 66 | $4,500<br>$3,000 |
| 4 | February 7, 2011 | A.B., T.B. | 2010 | Education credits, line 49<br>American opportunity credit, line 66 | $4,500<br>$3,000 |

7

| | | | | | |
|---|---|---|---|---|---|
| 5 | January 31, 2012 | A.B., T.B. | 2011 | Education credits, line 49<br>American opportunity credit, line 66 | $3,000<br>$2,000 |
| 6 | February 13, 2010 | A.G. | 2009 | Education credits, line 49<br>Refundable education credit, line 66 | $1,500<br>$1,000 |
| 7 | February 12, 2011 | A.G. | 2010 | Education credits, line 31<br>American opportunity credit, line 43 | $1,500<br>$1,000 |
| 8 | January 14, 2012 | A.G. | 2011 | Education credits, line 49<br>American opportunity credit, line 66 | $1,473<br>$982 |
| 9 | March 22, 2011 | M.G., M.G. | 2010 | Education credits, line 49<br>American opportunity credit, line 66 | $489<br>$326 |
| 10 | February 16, 2012 | M.G., M.G. | 2011 | Education credits, line 49<br>American opportunity credit, line 66 | $1,149<br>$766 |
| 11 | March 2, 2010 | J.M., M.M. | 2009 | Education credits, line 49<br>Refundable education credit, line 66 | $2,656<br>$2,000 |
| 12 | February 2, 2011 | J.M., M.M. | 2010 | Education credits, line 49<br>American opportunity credit, line 66 | $3,000<br>$2,000 |
| 13 | January 31, 2012 | J.M., M.M. | 2011 | Education credits, line 49<br>American opportunity credit, line 66 | $2,888<br>$1,925 |
| 14 | February 27, 2010 | R.M. | 2009 | Education credits, line 31<br>Refundable education credit, line 43 | $1,500<br>$1,000 |
| 15 | February 15, 2011 | R.M. | 2010 | Education credits, line 49<br>American opportunity credit, line 66 | $1,405<br>$936 |
| 16 | February 8, 2010 | D.M. | 2009 | Education credits, line 49<br>Refundable education credit, line 66 | $1,478<br>$985 |
| 17 | January 21, 2011 | D.M. | 2010 | Education credits, line 49<br>American opportunity credit, line 66 | $1,493<br>$995 |
| 18 | March 25, 2010 | E.S. | 2009 | Education credits, line 49<br>Refundable education credit, line 66 | $2,376<br>$2,000 |
| 19 | January 31, 2011 | E.S. | 2010 | Education credits, line 31<br>American opportunity credit, line 43 | $2,987<br>$1,992 |
| 20 | January 30, 2012 | E.S. | 2011 | Education credits, line 49<br>American opportunity credit, line 66 | $3,000<br>$2,000 |
| 21 | March 18, 2010 | D.T., N.T. | 2009 | Education credits, line 49 | $4,500 |

|    |                   |            |      |                                      |         |
|----|-------------------|------------|------|--------------------------------------|---------|
|    |                   |            |      | Refundable education credit, line 66 | $3,000  |
| 22 | February 13, 2010 | J.W., A.W. | 2009 | Education credits, line 49           | $3,000  |
|    |                   |            |      | Refundable education credit, line 66 | $2,000  |
| 23 | February 19, 2011 | J.W., A.W. | 2010 | Education credits, line 49           | $4,500  |
|    |                   |            |      | American opportunity credit, line 66 | $3,000  |
| 24 | February 11, 2012 | J.W., A.W. | 2011 | Education credits, line 49           | $4,209  |
|    |                   |            |      | American opportunity credit, line 66 | $2,950  |
| 25 | February 15, 2013 | J.W., A.W. | 2012 | Education credits, line 49           | $2,444  |
|    |                   |            |      | American opportunity credit, line 66 | $1,630  |

All in violation of Title 26, United States Code, Section 7206(2).

## COUNTS TWENTY-SIX THROUGH TWENTY-NINE
### [26 U.S.C. §7206(2)]

20. The allegations contained in Count One are re-alleged and incorporated in their entirety as if fully set out herein.

21. On or about the date listed below, for each count listed below, in the Western District of Texas, the Defendant,

### CARLOS M. BACA, (2)

a resident of San Antonio, Texas, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a U.S. Individual Income Tax Return, Form 1040, for the taxpayers and calendar years set forth below, which returns were false and fraudulent as to material matters, in that they represented that the taxpayers were entitled, under the provisions of the Internal Revenue laws to claim credits for items and in amounts specified below, whereas, as the Defendant then and there knew, the taxpayers were not entitled to claim credits in the claimed amounts:

| Count | Date | Taxpayer | Year | Falsely claimed items | Amounts |
|---|---|---|---|---|---|
| 26 | February 14, 2013 | P.A. | 2012 | Education credits, line 49<br>American opportunity credit, line 66 | $1,500<br>$1,000 |
| 27 | March 26, 2012 | R.M. | 2011 | Education credits, line 49<br>Refundable education credit, line 66. | $939<br>$626 |
| 28 | February 15, 2013 | R.M. | 2012 | Education credits, line 49<br>American opportunity credit, line 66 | $1,500<br>$1,000 |
| 29 | February 22, 2012 | D.T., N.T. | 2011 | Education credits, line 49<br>American opportunity credit, line 66 | $1,500<br>$1,000 |

All in violation of Title 26, United States Code, Section 7206(2).

A TRUE BILL

███████████████
FOREPERSON

RICHARD L. DURBIN, JR.
Acting United States Attorney

*[signature]*

H. JAY HULINGS
Assistant United States Attorney